AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States of America

V.

1.55 Acres of Land, More or Less, Situated in San Diego County, States of California; Naomi Aschner; Kunwar S. Kumar; et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1262-IEG(AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that title and possession to the estates and interests acquired by Plaintiff through the original Declaration of Taking, filed on July 14, 2008, are revested in Defendants. Plaintiff hereby acquires title and possession to new estates and interests in the property, as described in the amended Declaration of Taking. Reinvestment and the filing of the amended Declaration of Taking are deemed effective as of the date of the original Declaration of Taking, July 14, 2008. The sum of $15,306.06 is the full and just compensation for the taking of the estates and interests in this action, plus any interest accrued thereon, less ten percent of the accrued interest as authorized by the Judicial Conference of the United States. Clerk of the Court shall withdraw $15,306.06 from the Registry of the Court, plus any interest accrued thereon, less the authorized deduction, and issue a check for said sum to Naomi Aschner and Kunwar S. Kumar. Judgment is entered against the United States of America in the amount of $15,306.06. Parties shall bear their own legal fees, costs, and expenses, including attorney fees, consultant fees, and any other expenses or costs. Plaintiff and Defendants shall take no appeal from any rulings or judgment made by Court in this action, and parties consent to the entry of all orders and judgments necessary to effectuate their joint motion. Case is closed.........................................................................

| August 4, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON August 4, 2009